IN THE United States District Court
District of ~~Maryland~~ Kentucky
~~Louisville~~ Baltimore Division

Robert James Swint,
 Plaintiff,

—Against—

Lord Baltimore Company,
John E. Swint Jr,
Johnson + Johnson,
S.C. Johnson,
John Edwards,
Papa Johns Pizza,
 Defendants

COMPLAINT
Civil Action

3:21CV-265-BJB

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
21 APR 26 PM 3:56

## COMPLAINT

Facts, Details, bloopers

1958 Lord Baltimore was sold to International Paper under the Worlds Superpower tree. The tree of life, And the tree of death, South And East (TREE1) DOORS. LINES! Branches, 1954 was AM Collins, Now miss alma Jehosefat Mera and the authorities. The National Stroke Association, NSA, Monitors all key strokes, I want His

on switch off, you will find it on Sept 11, 1856, New York Times Theories of the world, the same year Mr John Swinton started the first Kindegarten, which is why bush was hiding in one on the 11th Ad 1,2,3, 2,34, 3, 45 Ya we know, 456, 567, 678, 789, 8910, 91011, Bingo

Solved

Tennessee

RST

Robert James Swint
2600 Center St, NE, Salem, OR 97301

