Case 3:21-cv-00265-BJB   Document 2   Filed 04/27/21   Page 1 of 1 PageID #: 4



# Case Assignment
## Standard Civil Assignment

Case number **3:21CV-265-BJB**

Assigned : Judge Benjamin Beaton
Judge Code : B213

Assigned on 4/27/2021 12:39:04 PM
Transaction ID: 54776

Request New Judge          Return