# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**ROBERT JAMES SWINT**                                                                 **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 3:21-cv-265-BJB**

**LORD BALTIMORE COMPANY et al.**                                                    **DEFENDANTS**

## ORDER

Plaintiff Robert James Swint filed a *pro se* complaint on his own paper. *See* DN 1. The Local Rules require that a *pro se* civil rights complaint must be filed on this Court's approved form. *See* L.R. 5.3(a). In addition, Plaintiff neither paid the filing fee nor filed an application to proceed without prepayment of fees. On April 27, 2021, the Clerk of Court issued a notice of deficiency directing Plaintiff to file the complaint on the Court-approved form and to either pay the filing fee or file an application to proceed without prepayment of fees within 30 days. *See* DN 3. More than 30 days have passed, and Plaintiff has not complied with the deficiency notice.

The Court now orders Plaintiff to file an amended complaint on the Court-approved form. In the amended complaint, Plaintiff must include all claims he wishes to assert, state all facts relevant to his claims, and name as Defendants all individuals whom he believes violated his rights. The amended complaint shall supersede the original complaint (DN 1). Plaintiff has **30 days** from the entry of this Order to file an amended complaint on the Court's general complaint form **and** prepare a summons for each Defendant.

In addition, the Court **ORDERS** that Plaintiff has **30 days** from the entry of this Order to either pay the $402 filing fee or file a non-prisoner application to proceed without prepayment of fees. Should Plaintiff choose to pay the fee, he may send it to: United States District Court,

Western District of Kentucky, 601 W. Broadway, Suite 106, Louisville, KY  40202.  Checks shall be made payable to Clerk, U.S. District Court.

The Court **DIRECTS** the Clerk of Court to send Plaintiff a general complaint form, three summons forms, and a non-prisoner application to proceed without prepayment of fees with the instant case number affixed to each and the word "Amended" also affixed to the complaint form.

**The Court WARNS Plaintiff that his failure to comply fully with this Order within the time allotted will result in DISMISSAL of this case for failure to comply with an Order of this Court**.

Date: June 9, 2021

Benjamin Beaton, District Judge
United States District Court

cc:   Plaintiff, *pro se*
B213.009