## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**ROBERT JAMES SWINT**                                                     **PLAINTIFF**

v.                                                  **CIVIL ACTION NO. 3:21-cv-265-BJB**

**LORD BALTIMORE COMPANY et al.**                       **DEFENDANTS**

### ORDER

For the reasons set forth in the separate Memorandum entered today, the Court **DISMISSES** this action **without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

This Order is final.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 20, 2021

Benjamin Beaton, District Judge
United States District Court

cc:      Plaintiff, *pro se*
B213.009