**FILED**
JAMES J. VILT, JR. - CLERK

AUG 30 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRI[CT]
LOUISVILL[E]

**ROBERT JAMES SWINT**

v.

**LORD BALTIMORE COMPANY et al.**

**MEMOR**[ANDUM]

Plaintiff Robert James Swint filed a *pro s*[e ...] June 9, 2021, the Court ordered Plaintiff within 3[0 days ...] Court's general complaint form, prepare a summ[ons ...] filing fee or file a non-prisoner application to pro[ceed ...] The Court warned Plaintiff that the failure to com[ply ...] could result in dismissal of the action.

Plaintiff's deadline has passed, yet Plainti[ff ...] or to otherwise take any action in this case. Rule [...] authorizes the involuntary dismissal of an action [...] an order of the court. *See Jourdan v. Jabe*, 951 F[.2d ...] 41(b) recognizes the power of the district court to [...] Although federal courts afford *pro se* litigants so[me ...] sophistication, such as formal pleading rules, the [...] court deadlines and other procedures readily und[erstood ...] *pro so* litigant has altogether failed to pursue a ca[se ...] explained, "the lenient treatment of pro se litigan[ts ...] litigant fails to comply with an easily understood [...]





OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Room 126 Federal Building
423 Frederica Street
Owensboro, KY 42301-3013

OFFICIAL BUSINESS

Robert James Swint
2600 Center St, NE
Salem, OR 97301

3:21cv-265 dn5-6

NIXIE    971    FE 1         0008/27/21
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 42301301399    *15799-04328-27-17

RETURN TO SENDER

LOUISVILLE KY 400
21 AUG 2021 PM 2 L

quadient
FIRST-CLASS MAIL
$000.51
08/20/2021 ZIP 42301
043M30221814

US POSTAGE